September 21, 1979.

422 A.2d 1170

Commonwealth ex rel. Morgan v. Kuhn, Appellant.

Argued March 21, 1979. Michael J. Pepe, Jr., for appellant; Jean Kuhn Morgan, appellee, in pro. per.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.

422 A.2d 1170

In the Interest of Clark (No. 2300).

In the Interest of Sumner (No. 2301).

App. of Commonwealth of Pennsylvania.

Argued June 6, 1979. Nancy Wasser, for appellants; Karl Baker, for Clark, appellee; Melvin B. Goldstein, for Sumner, appellee.

Before PRICE, DOWLING and GATES, JJ.*

Order affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.